```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/29/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANGELO COTTO,

        Plaintiff,

    - against -

CITY OF NEW YORK, DETECTIVE DAVID
TERRELL, POLICE OFFICER MATTHEW VELGER,
POLICE OFFICER CHRISTINA BARRIENTOS,
POLICE OFFICER BRAVO ZAYAS, and POLICE
OFFICER CHRISTOPHER BRITTON,

        Defendants.
----------------------------------------X

16 Civ. 8651 (NRB)

**ORDER**

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Counsel are to appear before this Court for a status conference on October 3, 2018, in Courtroom 21A, 500 Pearl Street, New York, NY 10007 at 11:30 AM.

DATED:    New York, New York
           August 29, 2018

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE