UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANGELO COTTO,

                                                     Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE DAVID
TERRELL, POLICE OFFICER MATTHEW VELGER,
POLICE OFFICER CHRISTINA BARRIENTOS, POLICE
OFFICER BRAVO ZAYAS and POLICE OFFICER
CHRISTOPHER BRITTON,

                                              Defendants.
------------------------------------------------------------------------ x

**STIPULATION OF
VOLUNTARY
DISMISSAL AND
WITHDRAWAL WITH
PREJUDICE PURSUANT
TO FED. R. CIV. P.
41(A)(1)(A)(II)**

16-CV-8651(NRB)

           **IT IS HEREBY STIPULATED AND AGREED,** pursuant to FED. R. CIV. P.
41(a)(1)(A)(ii), by and between the undersigned counsel for the parties herein, that any and all of
the claims that were asserted or could have been asserted on behalf of the plaintiff Angelo Cotto
against defendants THE CITY OF NEW YORK, DETECTIVE DAVID TERRELL, POLICE
OFFICER MATTHEW VELGER, POLICE OFFICER CHRISTINA BARRIENTOS, POLICE
OFFICER BRAVO ZAYAS and POLICE OFFICER CHRISTOPHER BRITTON, including
their successors and assignees, and all past and present officials, employees, representatives and
agents of the City of New York, arising out of the events alleged in the Complaint, the Amended
Complaint or the Second Amended Complaint in this matter, Cotto v. City of New York, et al.,

16-CV-8651(NRB), are hereby dismissed and withdrawn, with prejudice, and without costs,

expenses or attorneys' fees to either party.

Dated: New York, N.Y.
        September 5, 2018


CHUKWUEMEKA NWOKORO, ESQ.
Nwokoro & Scola, Esquires
*Attorneys for Plaintiff*
30 Broad Street
Suite 1424
New York, New York 10005

212.785.1060
Emekanwokoro101@yahoo.com


By: _____
      Chukwuemeka Nwokoro, Esq.


ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-140
New York, New York 10007

212.356.3524
Cbeck@law.nyc.gov


By: _____
      Curt P. Beck, Esq.
      *Special Corporation Counsel*


SO ORDERED:


_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

September __, 2018