```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANGELO COTTO,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE DAVID
TERRELL, POLICE OFFICER MATTHEW VELGER,
POLICE OFFICER CHRISTINA BARRIENTOS, POLICE
OFFICER BRAVO ZAYAS and POLICE OFFICER
CHRISTOPHER BRITTON,

                                    Defendants.
------------------------------------------------------------X

STIPULATION OF
VOLUNTARY
DISMISSAL AND
WITHDRAWAL WITH
PREJUDICE PURSUANT
TO FED. R. CIV. P.
41(A)(1)(A)(II)

16-CV-8651(NRB)

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), by and between the undersigned counsel for the parties herein, that any and all of the claims that were asserted or could have been asserted on behalf of the plaintiff Angelo Cotto against defendants THE CITY OF NEW YORK, DETECTIVE DAVID TERRELL, POLICE OFFICER MATTHEW VELGER, POLICE OFFICER CHRISTINA BARRIENTOS, POLICE OFFICER BRAVO ZAYAS and POLICE OFFICER CHRISTOPHER BRITTON, including their successors and assignees, and all past and present officials, employees, representatives and agents of the City of New York, arising out of the events alleged in the Complaint, the Amended Complaint or the Second Amended Complaint in this matter, Cotto v. City of New York, et al.,

16-CV-8651(NRB), are hereby dismissed and withdrawn, with prejudice, and without costs, expenses or attorneys' fees to either party.

Dated: New York, N.Y.
       September 5, 2018

| | |
|---|---|
| CHUKWUEMEKA NWOKORO, ESQ.<br>Nwokoro & Scola, Esquires<br>*Attorneys for Plaintiff*<br>30 Broad Street<br>Suite 1424<br>New York, New York 10005<br><br>212.785.1060<br>Emekanwokoro101@yahoo.com<br><br>By: _____<br>    Chukwuemeka Nwokoro, Esq. | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, Rm. 3-140<br>New York, New York 10007<br><br>212.356.3524<br>Cbeck@law.nyc.gov<br><br>By: _____<br>    Curt P. Beck, Esq.<br>    *Special Corporation Counsel* |

SO ORDERED:

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

September 6, 2018